AO 245H (WDNC Rev. 4/04) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet1

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

v.

ADAM DALE HAGEN

**FILED**
IN COURT
ASHEVILLE, N. C.

**MAY 11 2005**

U. S. DISTRICT COURT
W. DIST. OF N. C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:02cr91-01

Ron True
Defendant's Attorney

**THE DEFENDANT:** SEE ATTACHED JUDGMENT DATED DECEMBER 30, 2003

**MAY 11, 2005 - RECALLED** - for Supervised Release Violation hearing. The Court after hearing the evidence revokes the probationary judgment and enters the following:
That the defendant be imprisoned for **SEVEN (7) MONTHS**. Outstanding attorney fees **REMITTED**. Restitution still **OUTSTANDING**.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: May 11, 2005

Signature of Judicial Officer

Date: May 11, 2005

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal